THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER DAWN TURNER, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br> Defendants. | CASE NO. C22-0123-JCC <br><br> ORDER |

This matter comes before the Court *sua sponte*. On February 4, 2022, the Court issued an order to show cause why Plaintiff's case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. No. 6.) Plaintiff was required to respond within 30 days. (*Id*.) Plaintiff has failed to do so. Therefore, this case is DISMISSED without prejudice. The Clerk is DIRECTED to close this case.

DATED this 7th day of March 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-0123-JCC
PAGE - 1